IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEBORAH J. BEASLEY                                                                PLAINTIFF

v.                                        1:10CV00097 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 7th DAY OF September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE